Submitted February 4, reversed March 30, 2022

In the Matter of R. H. B.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

R. H. B.,
*Appellant.*

Benton County Circuit Court
21CC03795; A176536

507 P3d 349

Matthew J. Donohue, Judge.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before James, Presiding Judge, and Aoyagi, Judge, and Joyce, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Appellant appeals a judgment committing him to the Mental Health Division for a period not to exceed 180 days based on a finding of mental illness. He argues that the court plainly erred in committing him because the record contains no return of service or evidence that he had been served with the citation, as required by ORS 426.080 and ORS 426.090. The state concedes the error. We agree and accept the state's concession. ORS 426.090 requires the court to issue a citation that informs a person alleged to have a mental illness of specific rights, and ORS 426.080 specifies that the person serving the citation "shall, immediately after service thereof, make a return upon the original warrant or citation showing the time, place and manner of such service and file it with the clerk of the court." *See State v. D. S.*, 317 Or App 65, 501 P3d 560 (2022) (reversing similar error as plain error); *State v. R. E. J.*, 306 Or App 647, 474 P3d 461 (2020) (same). For the reasons set forth in *R. E. J.*, we exercise our discretion to correct the error.

Reversed.